IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mascorro, Jerome | Case Number: 05 B 15741 |
|---|---|---|
| | Mascorro, Grisel | Judge: Wedoff, Eugene R |
| | Printed: 7/29/08 | Filed: 4/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  June 6, 2008
Confirmed:  June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 46,077.62 | |
| Secured: | | 1,011.65 |
| Unsecured: | | 42,123.02 |
| Priority: | | 0.00 |
| Administrative: | | 700.00 |
| Trustee Fee: | | 2,241.97 |
| Other Funds: | | 0.98 |
| Totals: | 46,077.62 | 46,077.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 700.00 | 700.00 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 1,011.65 | 1,011.65 |
| 5. | FDS Bank - Bloomingdales | Unsecured | 465.42 | 465.42 |
| 6. | Resurgent Capital Services | Unsecured | 10,354.71 | 10,354.71 |
| 7. | Internal Revenue Service | Unsecured | 6,962.12 | 6,962.12 |
| 8. | American Express Centurion | Unsecured | 6,938.40 | 6,938.40 |
| 9. | Von Maur | Unsecured | 251.02 | 251.02 |
| 10. | T Mobile USA | Unsecured | 102.06 | 102.06 |
| 11. | Resurgent Capital Services | Unsecured | 4,425.93 | 4,425.93 |
| 12. | Resurgent Capital Services | Unsecured | 7,023.30 | 7,023.30 |
| 13. | American Express Travel Relate | Unsecured | 2,628.50 | 2,628.50 |
| 14. | Rx Acquisitions | Unsecured | 273.54 | 273.54 |
| 15. | Rx Acquisitions | Unsecured | 347.93 | 347.93 |
| 16. | Ford Motor Credit Corporation | Unsecured | 2,350.09 | 2,350.09 |
| 17. | Ambulance Billing | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | BHS/Interventions | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | | No Claim Filed |
| 23. | IMMC Radiologists, S.C. | Unsecured | | No Claim Filed |
| 24. | Rush University | Unsecured | | No Claim Filed |
| 25. | M Ramez Salem | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mascorro, Jerome  
Mascorro, Grisel  
Printed: 7/29/08

Case Number: 05 B 15741  
Judge: Wedoff, Eugene R  
Filed: 4/21/05

| | | | |
|---|---|---|---|
| 26. Illinois Masonic Hospital | Unsecured | | No Claim Filed |
| 27. MacNeal Memorial Hospital | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 43,834.67 | $ 43,834.67 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 228.77 |
| 5.5% | 946.23 |
| 5% | 283.82 |
| 4.8% | 460.97 |
| 5.4% | 322.18 |
| | _____ |
| | $ 2,241.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____